IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40282
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                   Plaintiff-Appellee,

versus

BRANDON HENDERSON,

                                   Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:01-CR-12-ALL
--------------------
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Attorney Frank W. Henderson appointed to represent Brandon
Henderson ("Henderson") has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Henderson has not responded to the motion.  Our
independent review of the brief and the record discloses no
nonfrivolous issue for appeal.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR.

R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.